UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**CHRISTOPHER GREENWELL,**

    **Plaintiff,**

vs.                      Case No.: 1:15-cv-00679-WSD

**PIZZA NYC, LLC., a Georgia for Profit Corporation, D/B/A GINO'S NEW YORK PIZZA,**

    **Defendant.**          /

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) the Plaintiff, by and through undersigned counsel, hereby dismisses the above styled action without prejudice.

Dated this 28th day of December, 2015.

                                           Respectfully submitted by,

                                           **/s/ CARLOS LEACH**
                                           Carlos V. Leach, Esquire
                                           FBN 0540021
                                           Morgan & Morgan, P.A.
                                           20 N. Orange Ave., 14th Floor
                                           P.O. Box 4979
                                           Orlando, FL 32802-4979
                                           Telephone: (407) 420-1414
                                           Facsimile: (407) 245-3341
                                           Email:CLeach@forthepeople.com

Deirdre M. Stephens, Esquire
GABN: 678789
The Law Office of Deidre M. Stephens-Johnson
4567 Rockbridge Rd #1537
Pine Lake, GA 30072
Telephone: (404) 537-3002
Facsimile: (404) 537-3003
Email: dsjohnsonlaw@gmail.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: PIZZA NYC, LLC., D/B/A GINO'S NEW YORK PIZZA, c/o VINCENT J. SCOLARO, DR., Registered Agent, 65 GODDARD DRIVE, DEBARY FL 32713.

**/s/ CARLOS LEACH**
Carlos V. Leach, Esquire